ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Carbro Constructors Corp. | ) ASBCA No. 62264 |
| | ) |
| Under Contract No. W912DS-18-C-0021 | ) |

APPEARANCE FOR THE APPELLANT:     Greg Trif, Esq.
                                                              Trif Law LLC
                                                              Morristown, NJ

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                           Engineer Chief Trial Attorney
                                                                           Lorraine C. Lee, Esq.
                                                                           Engineer Trial Attorney
                                                                           U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 15, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62264, Appeal of Carbro Constructors Corp., rendered in conformance with the Board's Charter.

Dated:  April 15, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals